DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GODWIN OKOLIE,**
Appellant,

v.

**NEW YORK INSTITUTE OF TECHNOLOGY,**
Appellee.

No. 4D21-1990

[September 29, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank S. Castor, Judge; L.T. Case No. 502019SC016914.

Godwin Okolie, West Palm Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

MAY, CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***